UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL EUGENE ANDERSON, an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOES I to IO,<br><br>　　　　Defendants. | 3:17-cv-00486-RCJ-WGC<br><br>] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF COMPLAINT AND SUMMONS |

This matter having come before the court pursuant to Plaintiff, **RANDALL EUGENE ANDERSON**, an individual, Motion to Extend Time for Service of Complaint and Summons, and the court having read the Motion and deeming itself fully advised of the matter;

**IT IS HEREBY ORDERED** that in accordance with Fed. R. Civ. P. 4(m), Plaintiff is granted an extension of one hundred twenty (120) days from the date of this Order to serve the Summons and Complaint in the above referenced case.

DATED:  November 6, 2017.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE