Byron L. Ames, Esq. (#7581)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
*Attorneys for Warren G. Fenton and
CR England, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL EUGENE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>WARREN G. FENTON, an individual, CR ENGLAND, INC., a business incorporated in the State of Utah and DOES 3-100,<br><br>Defendants, | 3:17-cv-00486-WGC<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br>**(First Request)** |

Plaintiff Randall Eugene Anderson ("Plaintiff"), by and through his counsel of record, Charles R, Kozak, KOZAK & ASSOCIATES, LLC, and Defendants Warren G. Fenton and C.R. England ("Defendants") by and through their counsel of record Byron L. Ames, AMES & AMES, LLP, hereby request that the court continue the settlement conference currently scheduled for June 14, 2018, at 9:00 AM, before Magistrate Judge Robert A. McQuaid, Jr., and hereby state as follows:

1. The parties have recently exchanged additional discovery documents and plaintiff has made expert witness disclosures. In order to be fully informed and properly prepared

1

for the settlement conference, the parties request that the settlement conference be continued to a date at least 60 days from the date of this request.

DATED this 6th day of June, 2018.

     /s/ Byron L. Ames
Byron L. Ames, Esq. (#7581)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Tel: (702) 800-5413
Fax: (702) 800-5427
bames@amesfirm.com
*Attorneys for Warren G. Fenton and
CR England, Inc.*

     /s/ Charles R. Kozak
*Signed by Byron L. Ames with permission
of Charles R. Kozak*
Charles R. Kozak Esq. (#11179)
**KOZAK & ASSOCIATES, LLC**
3100 Mill Street, Suite 115
Reno, Nevada 89502
Tel: (775) 322-1239
Fax: (775) 800-1767
chuck@kozaklawfirm.com
*Attorney for Plaintiff Randall Eugene Anderson*

IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED  June 6, 2018