**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RANDALL EUGENE ANDERSON, | ) | 3:17-cv-00486-WGC |
| Plaintiff, | ) | **ORDER FOR PREPARATION** |
| vs. | ) | **OF JURY INSTRUCTIONS** |
| WARREN G. FENTON, *et al.*, | ) | |
| Defendants. | ) | |

All proposed jury instructions are required to be filed and served no later than **Tuesday, February 12, 2019.** Jury instructions are to be submitted in the following format:

 (a) The parties are required to jointly submit one set of agreed upon instructions. To accomplish this, the parties are required to serve their proposed instructions upon each other two weeks prior to trial. The parties should then meet, confer, and submit to the court one complete set of agreed upon instructions.

 (b) If the parties cannot agree upon one complete set of instructions, they are required to submit one set of those instructions that have been agreed upon, and each party should submit a supplemental set of instructions which are not agreed upon.

 (c) Each party should then file its objections to the non-agreed upon instructions proposed by the other party. Any and all objections shall be in writing and shall set forth the proposed instruction objected to in its entirety. The objection should then specifically set forth the objectionable material in the proposed instruction. The objection shall contain citation to authority explaining why the instruction is improper and a concise statement of argument concerning the instruction. Where applicable, the objecting party shall submit an alternative instruction covering the subject or principle of law.

///

(d) The parties are required to submit the proposed joint set of instructions and proposed supplemental instructions in the following format:

    (i) there must be two copies of each instruction;

    (ii) the first copy should indicate the number of the proposed instruction, the instruction and the authority supporting the instruction;

    (iii) the second copy should contain <u>only</u> the proposed instruction--there should be no other marks or writings on the second copy except for the word "Instruction #_" in the bottom margin. (See Attachment 1, attached hereto.)

(e) All instructions should be short, concise, understandable, and <u>neutral</u> statements of law. Argumentative or formula instructions are improper, will not be given, and should not be submitted.

(f) The parties are encouraged to utilize the pattern civil jury instructions of the Court of Appeal for the Ninth Circuit: http://www3.ce9.uscourts.gov/jury-instructions/model-civil

(g) Failure to comply with any of the above instructions may subject the noncomplying party and/or its attorneys to sanctions.

(h) **Counsel are to e-mail a copy of all jury instructions to heidi_jordan@nvd.uscourts.gov.**

**IT IS SO ORDERED.**

DATED: November 29, 2018.

                                              _____
                                              WILLIAM G. COBB
                                              UNITED STATES MAGISTRATE JUDGE

In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are. I will list them for you.

1. Questions and objections are not evidence. You should not be influenced by the court's ruling on them.

2. Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition, some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

3. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at trial.

Instruction #_____

**ATTACHMENT 1**