1  Byron L. Ames, Esq. (#7581)
   **AMES & AMES, LLP**
2  8275 S. Eastern Ave, Ste. 200-723
   Las Vegas, Nevada 89123
3  Telephone: (702) 800-5413
4  Facsimile: (702) 800-5427
   bames@amesfirm.com
5  *Attorneys for Warren G. Fenton and CR England, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RANDALL EUGENE ANDERSON, | |
|---|---|
| Plaintiff, | 3:17-cv-00486-WGC |
| v. | |
| WARREN G. FENTON, an individual, CR ENGLAND, INC., a business incorporated in the State of Utah and DOES 3-100, | |
| Defendant. | |

**STIPULATION AND ORDER FOR DISMISSL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between, WARREN G. FENTON and CR ENGLAND, INC., in all capacities as listed in the caption of this matter, by and through their counsel, Byron L. Ames, Esq., of the law firm of Ames & Ames, LLP and RANDALL EUGENE ANDERSON, in all capacities as listed in the caption of this matter, by and through his counsel, Charles R. Kozak, Esq. of the Law Office of Kozak & Associates, LLC, as follows:

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the parties have negotiated an out-of-court settlement in regards to the claims of Randall Eugene Anderson, in all capacities as listed in the caption of this matter.

IT IS FURTHER STIPULATED, ADJUDGED AND DECREED that the parties acknowledge and agree that the claims made by Randall Eugene Anderson, in all capacities as listed in the caption of this matter, in this case be hereby dismissed with prejudice.

**ORDER**

UPON THE FOREGOING STIPULATION of the parties, and this appearing to be a proper case therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the foregoing Stipulation of the parties is adopted by the court.

IT IS SO ORDERED.

Dated this 8th day of March, 2019.

By _____
Charles R. Kozak, Esq.
Nevada Bar No. 11179
Kozak & Associates, LLC
3100 Mill Street
Ste. 115
Reno, NV 89502
*Attorneys for Randall Eugene Anderson*

By _____
Byron L. Ames, Esq.
Nevada Bar No. 7581
Ames & Ames, LLP
8275 S. Eastern Ave.
Ste. 200-723
Las Vegas, NV 89123
*Attorneys for Warren G. Fenton and CR England, Inc.*

**ORDER**

Pursuant to the foregoing Stipulation and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims of Randall Eugene Anderson, in all capacities as listed in the caption of this matter, in this action be, and the same hereby are dismissed with prejudice.

DATED this  8th  day of  March , 2019.


_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE